1 **AKIN GUMP STRAUSS HAUER & FELD LLP**
CATHERINE A. CONWAY (SBN 98366)
2 GARY M. MCLAUGHLIN (SBN 217832)
DAMIEN P. DELANEY (SBN 246476)
3 2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
4 Telephone:   310-229-1000
Facsimile:    310-229-1001
5 cconway@akingump.com
gmclaughlin@akingump.com
6 ddelaney@akingump.com

7 Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY
8

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | JAMES MADDOX, an individual, | Case No. 2:11-cv-02451-JFW (PLAx) |
|---|---|---|
| 13 | Plaintiff, | **DISCOVERY MATTER** |
| 14 | vs. | |
| 15 | CONTINENTAL CASUALTY COMPANY, an Illinois corporation and DOES 1-20, inclusive, | **ORDER REGARDING AMENDED STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL DISCOVERY MATERIAL** |
| 16 | | |
| 17 | Defendants. | [Stipulation for Protective Order Re: Confidential Discovery Material lodged concurrently] |
| 18 | | |
| 19 | | Magistrate Judge: |
| 20 | | Hon. Paul L. Abrams<br>Courtroom:  G – 9th Floor |
| 21 | | |

[PROPOSED] ORDER REGARDING AMENDED STIPULATION FOR PROTECTIVE ORDER
RE: CONFIDENTIAL DISCOVERY MATERIAL

201428160 v2

1  The Court, having considered the Amended Stipulation for Protective Order re
2  Confidential Discovery Material ("Stipulation") submitted by Defendant Continental
3  Casualty Company ("Defendant") and Plaintiff James Maddox ("Plaintiff"), and finding
4  good cause shown, hereby orders as follows:
5  The terms set forth in the Stipulation shall be implemented.

7  **IT IS SO ORDERED**

10  Dated: October 6, 2011    By _____
                              Hon. Paul L. Abrams
                              United States Magistrate Judge

201428160 v2