JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Maddox, | Case No. **CV 11-2451-JFW (PLAx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Continental Casualty Company, | |
| Defendant. | |

The Court, having granted the Defendant Continental Casualty Company's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant Continental Casualty Company was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff James Maddox shall recover nothing from Defendant Continental Casualty Company;

2. Defendant Continental Casualty Company shall have judgment in its favor on Plaintiff James Maddox's entire

action; and

3. Defendant Continental Casualty Company shall recover from Plaintiff James Maddox its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: December 22, 2011    _____
                                      JOHN F. WALTER
                               UNITED STATES DISTRICT JUDGE